No. 81–2094.  CLANCY ET AL. *v.* JARTECH, INC., ET AL.; and

No. 81–2096.  CLANCY ET AL. *v.* JARTECH, INC., ET AL. C. A. 9th Cir.  Certiorari denied.  Reported below: 666 F. 2d 403.

No. 81–2098.  SUNTEX DAIRY ET AL. *v.* BLOCK, SECRETARY OF AGRICULTURE.  C. A. 5th Cir.  Certiorari denied.

No. 81–2102.  HUSTLER MAGAZINE, INC., ET AL. *v.* GUCCIONE.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 81–2106.  JOHNSON *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 81–2107.  MILLER ET AL. *v.* CURRY, DISTRICT ATTORNEY, TARRANT COUNTY, ET AL.  Ct. App. Tex., 2d Sup. Jud. Dist.  Certiorari denied.

No. 81–2108.  CORCHADO *v.* PUERTO RICO MARINE MANAGEMENT, INC.  C. A. 1st Cir.  Certiorari denied.

No. 81–2109.  DOHAISH *v.* TOOLEY.  C. A. 10th Cir. Certiorari denied.

No. 81–2111.  COLUMBIA BROADCASTING SYSTEM, INC. *v.* ROY EXPORT COMPANY ESTABLISHMENT OF VADUZ, LIECHTENSTEIN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 81–2112.  PETERS ET AL. *v.* HEALTH AND HOSPITALS GOVERNING COMMISSION OF COOK COUNTY.  Sup. Ct. Ill. Certiorari denied.

No. 81–2114.  GUNTER ET UX. *v.* HUTCHESON ET AL. C. A. 11th Cir.  Certiorari denied.